**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6141**

DEWAYNE ANTONIO PARRIS,

              Petitioner - Appellant,

       v.

WARDEN ERIC WILSON, Warden,

              Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.  (2:13-cv-00540-RAJ-DEM)

Submitted:  May 30, 2014              Decided:  June 6, 2014

Before KING, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dewayne Antonio Parris, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dewayne Antonio Parris, a federal prisoner, appeals the district court's order dismissing without prejudice his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error because Parris is not entitled to relief under Alleyne v. United States, 133 S. Ct. 2151 (2013). Accordingly, we grant leave to proceed in forma pauperis and affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED